# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**954**

**CAF 10-01672**

PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, GORSKI, AND MARTOCHE, JJ.

---

IN THE MATTER OF DAVID J. CICCOTTI,
PETITIONER-APPELLANT,

V                                                                    ORDER

STEPHANIE A. THOMPSON, RESPONDENT-RESPONDENT.
(APPEAL NO. 1.)

---

BOSMAN LAW FIRM, LLC, ROME (A.J. BOSMAN OF COUNSEL), FOR
PETITIONER-APPELLANT.

SCOTT GODKIN, UTICA, FOR RESPONDENT-RESPONDENT.

GREGORY J. AMOROSO, ATTORNEY FOR THE CHILD, UTICA, FOR ANTHONY C.

--------------------------------------------------------------------------------

Appeal from an order of the Family Court, Oneida County (Brian M. Miga, J.H.O.), entered July 2, 2010 in a proceeding pursuant to Family Court Act article 8. The order dismissed the petition for an order of protection.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 27 and May 7, 2011 and by the Attorney for the Child on May 9, 2011,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  September 30, 2011                          Patricia L. Morgan
                                                     Clerk of the Court